UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW MARK DERBY,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>KILOLO KIJAKAZI,<br><br>　　　　　　　Defendant. | 23-CV-10895 (JMF)(GWG)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The Clerk of Court is respectfully requested to strike ECF 16 from the docket of 23cv10895. The order was entered on the wrong case.

DATED:　May 1, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge