**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANDREW MARK DERBY,

                Plaintiff,                23 **CIVIL** 10895 (JMF)(GWG)

      -v-                                **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 2, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      July 2, 2024

                                                  **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                       **BY:**
                                         _____
                                               **Deputy Clerk**